■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFRED WOOLRIDGE, Appellant. [643 NYS2d 405] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 19, 1993 (*People v Woolridge,* 192 AD2d 686), affirming a judgment of the County Court, Orange County, rendered August 11, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Rosenblatt, J. P., Miller, Thompson and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH H. CARAMAGNO, on Behalf of SEAN WALTERS, Petitioner, v WARDEN OF THE SUFFOLK COUNTY CORRECTIONAL FACILITY, Respondent. [643 NYS2d 400] —Writ of habeas corpus in the nature of an application for bail reduction upon Suffolk County Indictment No. 95-00843B.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Suffolk County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Miller, J. P., Ritter, Santucci and Altman, JJ., concur.